### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RON KEYS, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| | )   Case No. 6:07cv1047 |
| | ) |
| **AKAL SECURITY, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### CORPORATE DISCLOSURE STATEMENT OF AKAL

Defendant Akal Security, Inc. ("Akal"), by counsel, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure statements:

1. Akal is a subsidiary of KIIT Company, Incorporated ("KIIT") and is owned 100% by KIIT.

2. No publicly held corporation owns 10% or more of Akal stock.

SPENCER FANE BRITT & BROWNE LLP

s/ Jeannie M. DeVeney
Jeannie M. DeVeney         #17445
9401 Indian Creek Parkway, Suite 700
Overland Park, KS 66210
TEL:   913-345-8100
FAX:   913-345-0736

Of Counsel
Thomas O. Mason
Kathleen J.L. Holmes
Khaliah M. Wrenn
Williams Mullen
A Professional Corporation
8270 Greensboro Drive, Suite 700
McLean, VA 22102
TEL:   703-760-5200
FAX:   703-748-0244

ATTORNEYS FOR DEFENDANTS

OP 118846.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of October, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

A. Jack Focht
Boyd A. Byers
Forrest T. Rhodes
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466

ATTORNEYS FOR PLAINTIFFS

    s/ Jeannie M. DeVeney
    ATTORNEYS FOR DEFENDANTS