# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RON KEYS, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| | )   Case No. 6:07cv1047 |
| | ) |
| **AKAL SECURITY, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## CORPORATE DISCLOSURE STATEMENT OF KIIT

Defendant KIIT Company, Inc., ("KIIT"), by counsel, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure statements:

1. KIIT has no parent corporation.

2. No publicly held corporation owns 10% or more of KIIT stock.

    SPENCER FANE BRITT & BROWNE LLP

    <u>s/ Jeannie M. DeVeney</u>
    Jeannie M. DeVeney    #17445
    9401 Indian Creek Parkway, Suite 700
    Overland Park, KS 66210
    TEL:  913-345-8100
    FAX:  913-345-0736

    <u>Of Counsel</u>
    Thomas O. Mason
    Kathleen J.L. Holmes
    Khaliah M. Wrenn
    Williams Mullen
    A Professional Corporation
    8270 Greensboro Drive, Suite 700
    McLean, VA 22102
    TEL:  703-760-5200
    FAX:  703-748-0244

    ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of October, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

A. Jack Focht
Boyd A. Byers
Forrest T. Rhodes
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466

ATTORNEYS FOR PLAINTIFFS

                                                         s/ Jeannie M. DeVeney
                                                         ATTORNEYS FOR DEFENDANTS