## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **RON KEYS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| | ) | **Case No. 6:07cv1047** |
| | ) | |
| **AKAL SECURITY, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CORPORATE DISCLOSURE STATEMENT OF SIKH DHARMA

Defendant Sikh Dharma of New Mexico, by counsel, pursuant to Federal Rule of Civil

Procedure 7.1, makes the following corporate disclosure statements:

1.     Sikh Dharma of New Mexico is a non-profit corporation.

2.     No publicly held corporation owns any interest in Sikh Dharma of New Mexico.

SPENCER FANE BRITT & BROWNE LLP

s/ Jeannie M. DeVeney
Jeannie M. DeVeney                #17445
9401 Indian Creek Parkway, Suite 700
Overland Park, KS 66210
TEL:   913-345-8100
FAX:   913-345-0736

Of Counsel
Thomas O. Mason
Kathleen J.L. Holmes
Khaliah M. Wrenn
Williams Mullen
A Professional Corporation
8270 Greensboro Drive, Suite 700
McLean, VA 22102
TEL:   703-760-5200
FAX:   703-748-0244

ATTORNEYS FOR DEFENDANTS

OP 118846.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of October, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

A. Jack Focht
Boyd A. Byers
Forrest T. Rhodes
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466

ATTORNEYS FOR PLAINTIFFS

s/ Jeannie M. DeVeney
ATTORNEYS FOR DEFENDANTS

2

OP 118846.1