IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RON KEYS, *et. al,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 07-CV-01047 |
| ) | |
| AKAL SECURITY, INC., *et. al,* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE

This 29th day of October, 2008, the Court having reviewed the pleadings in the case, considered applicable case law, reviewed the Joint Stipulation of Settlement and Release executed by the parties, and for good cause shown, enters the following Order:

The parties have entered into an agreement to settle the above-captioned action, subject to the Court's approval, according to the terms and conditions set forth in the Joint Stipulation of Settlement and Release ("Joint Stipulation") that the parties submitted to the Court on September 22, 2008, and filed on October 27, 2008 [Doc. 48], and the Exhibit A to the Joint Stipulation that has been filed under seal [Doc. 49]. This Court has jurisdiction over the claims of the Named Plaintiffs and Opt-In Plaintiffs as well as the enforcement of the Joint Stipulation.

At the request of the parties, this matter is now before the Court for final approval of the settlement and dismissal of this Action, with prejudice. The Court has considered all the pleadings and documents submitted, including the Joint Stipulation and its sealed Exhibit, documents summarizing the hours worked by Class Counsel, the fee agreements executed by Settlement Class Members, and the presentations of counsel, and finds that the parties have satisfied the standards for

final approval of a collective action settlement. The Court finds that the terms of the Joint Stipulation are fair, reasonable, and adequate. The Joint Stipulation was negotiated at arms-length, and Class Counsel has certified that the Joint Stipulation is in the best interests of the Settlement Class Members. Furthermore, the Court finds that the attorney's fees claimed by Class Counsel are fair, reasonable, and consistent with the agreements reached between Class Counsel and each Settlement Class Member. Thus, for good cause shown, Class Counsel is authorized to receive attorney's fees in the amount set forth in the applicable sealed Exhibit to the Joint Stipulation.

Based on the foregoing, it is hereby **ORDERED** and **ADJUDGED** that the Joint Stipulation [Doc. 48] is approved and hereby incorporated by reference as part of the Court's Order, and this Action will be considered **DISMISSED WITH PREJUDICE** upon the Court's approval of the Joint Stipulation [Doc. 48] and subsequent entry of this Order. The parties will bear costs and fees in accordance with the terms of the Joint Stipulation.

IT IS SO ORDERED.

                                      s/ J. Thomas Marten
                                      United States District Judge J. Thomas Marten

Submitted by:

    FOULSTON SIEFKIN LLP
    1551 N. Waterfront Parkway, Suite 100
    Wichita, Kansas 67206-4466
    Telephone: 316-267-6371
    Facsimile: 316-267-6345

    By: s/Forrest T. Rhodes, Jr.
    Forrest T. Rhodes, Jr., #19567

    SEEN AND AGREED TO:

Akal Security, Inc.
P.O. Box 1197
Santa Cruz, NM 87567

By: s/Thomas O. Mason
Counsel for Akal Security, Inc.
Williams Mullen, P.C.
8270 Greensboro Dr., Suite 700
McLean, Virginia 22012
Telephone: 703-760-5227
Facsimile: 703-748-0244